NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**UNIVERSITY OF SOUTHERN CALIFORNIA** AND
**AMPAC BIOTECHNOLOGY, INC.,**
*Appellants,*

**v.**

**DEPUY SYNTHES PRODUCTS, LLC,**
*Appellee.*

_____

2013-1675

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Interference No. 105,653.

_____

**JUDGMENT**

_____

ROBERT BERLINER, Berliner & Associates, of Los Angeles, California, argued for appellants. With him on the brief was SARAH SILBERT.

BARRY E. BRETSCHNEIDER, Baker & Hostetler LLP, of Washington, DC, argued for appellee. With him on the brief was MICHAEL E. ANDERSON.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, PLAGER, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  November 10, 2014  | /s/  Daniel  E.  O'Toole |
| :---: | :--- |
| Date | Daniel E. O'Toole |
| | Clerk of Court |